## First Department, January, 1970

### (January 14, 1970)

(Republished)

THE PEOPLE OF THE STATE OF NEW YORK v. NATHAN WHEATMAN.— Motion for reargument granted and cause placed on the court's day calendar for reargument on the 3d day of February, 1970. Counsel are directed to brief the points raised on this application. In passing, we call counsel's attention to the improper practices indulged in by both sides of swearing to legal citations in their affidavits. Affidavits are sworn statements of fact; legal citations should be placed in a separate memorandum. Concur — Eager, J. P., Capozzoli, Nunez, McNally and Tilzer, JJ.

## Second Department, January, 1970

### (January 16, 1970)

In the Matter of JOHN HAWTHORNE, Petitioner, v. EUGENE GOLD, as District Attorney of Kings County, et al., Respondents.— Application purportedly pursuant to CPLR article 78 to dismiss the indictment (No. 1749-1969) against petitioner, which is now pending in the Supreme Court, Kings County. Application denied and proceeding dismissed, without costs and without prejudice to petitioner's asserting the defense of double jeopardy at the trial. Rabin, Acting P. J., Hopkins, Munder, Brennan and Benjamin, JJ., concur.